**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**James Jovan LADSON, Defendant–Appellant.**

**No. 12–10078**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 2, 2012.

Mark Dispoto, Jason Linder, U.S. Attorney's Office, Fort Lauderdale, FL, Wifredo A. Ferrer, Anne Ruth Schultz, Alejandro Oscar Soto, Arimentha R. Walkins, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Richard Carroll Klugh, Jr., Attorney at Law, Miami, FL, for Defendant–Appellant.

Before WILSON, HILL and KRAVITCH, Circuit Judges.

PER CURIAM:

Richard Klugh, appointed counsel for James Jovan Ladson, in this direct criminal appeal, has moved to withdraw from

further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Ladson's sentences are **AFFIRMED.**